UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **16-3232**


United States v. Rodriguez
(M.D.Pa. No. 1-10-cr-00005-001)


**ORDER**


The opinion is hereby amended to remove the incorrect footnote indicating that Judge Restrepo participated by video conference.


For the Court,

s/ Marcia M. Waldron
Clerk

Dated:  May 1, 2017
JK/cc: All Counsel of Record